UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-mj-03196-Goodman

UNITED STATES OF AMERICA

v.

CARLOS GALARRETA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office Prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
Eli S. Rubin
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel (305) 961-9247
Fax (305) 530-7976
Email: Eli.Rubin@usdoj.gov

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

CARLOS GALARRETA

## CRIMINAL COMPLAINT

CASE NUMBER: 19-mj-03196-Goodman

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 26, 2019, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, CARLOS GALARRETA, did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, 500 grams or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(2); and did knowingly and intentionally possess, with the intent to distribute a Schedule II controlled substance, that is, 500 grams or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am a Special Agent and that this complaint is based on the following facts:

On or about July 26, 2019, the defendant, CARLOS GALARRETA, arrived at Miami International Airport aboard Avianca Airlines Flight #962 from Lima, Peru. After being admitted into the United States by U.S. Customs and Border Protection, the defendant presented himself and his luggage to U.S. Customs and Border Protection for examination. During a secondary examination, U.S. Customs and Border Protection Officers discovered two packages of a white powdery substance sewn into the soles of the shoes CALARRETA was wearing and six additional packages within the baggage that GALARRETA identified as belonging to him. A field test of the substance proved positive for the presence of cocaine. The total estimated weight of the cocaine was approximately 1.625 kilograms.

CHRISTOPHER G. RODRIGUEZ, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

__JULY 27, 2019__ at __Miami, Florida__
Date                        City and State

JONATHAN GOODMAN
__UNITED STATES MAGISTRATE JUDGE__
Name and Title of Judicial Officer

Signature of Judicial Officer
Jonathan Goodman
U.S. Magistrate Judge